| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>James, Robert G. | 2. Court or Organization<br><br>U.S. District Court, Louisiana | 3. Date of Report<br><br>04/26/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>201 Jackson Street, Suite 201<br>Monroe, LA 71201 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Judd & Company, LLC |
| 2. | Member | Whitten - James Real Estate, LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Louisiana State Employees Retirement System |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 04/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Louisiana State Employees Retirement System | $32,251.00 |
| 2. 2011 | Whitten-James Real Estate, LLC (partnership income) | $31.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Lincoln Parish District Attorney |
| 2. 2011 | State of Louisiana |
| 3. 2011 | Whitten-James Real Estate, LLC (partnership income) |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 04/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | James E. Davison | See note in part VIII for description. | $4,400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Trust Bank | Real Estate Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Judd & Company, LLC (17.10%) | D | Royalty | M | W | | | | | |
| 2. JP Morgan Chase, Accounts | A | Interest | J | T | | | | | |
| 3. IRA #3 | A | Dividend | K | T | | | | | |
| 4. -Fidelity Small Cap Growth | | | | | Redeemed | 08/05/11 | K | A | |
| 5. -Fidelity Low Priced Stock | | | | | Redeemed | 08/05/11 | K | A | |
| 6. -Fid Large Cap Growth Enh Index | | | | | Buy | 12/29/11 | K | | |
| 7. -Fid Blue Chip Growth | | | | | Buy | 08/16/11 | K | | |
| 8. Community Trust Bank, Accounts | A | Interest | J | T | | | | | |
| 9. 1st National Bank, Account | | None | J | T | | | | | |
| 10. Smith Barney - Brokerage Account | | | | | | | | | |
| 11. -Wal Mart | A | Dividend | | | Sold | 01/19/11 | J | C | |
| 12. -Cash "Y" | | None | | | Closed | 06/01/11 | J | | |
| 13. -Ishares Russell 2000 Index FD "Y" | A | Dividend | | | Sold | 05/20/11 | K | D | |
| 14. -Medtronic, Inc. | A | Dividend | | | Buy | 01/04/11 | K | | |
| 15. | | | | | Merged (with line 38) | 06/01/11 | K | | |
| 16. -Microsoft Corp | | None | | | Buy | 05/20/11 | J | | |
| 17. | | | | | Merged (with line 29) | 06/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Fidelity Investments - Brokerage Account #4 | | | | | | | | | |
| 19. | -Cash | A | Interest | K | T | | | | | |
| 20. | -AFLAC Inc | A | Dividend | | | Sold | 09/23/11 | J | A | |
| 21. | -Automatic Data Processing, Inc | A | Dividend | K | T | | | | | |
| 22. | -Diageo PLC | | None | | | Sold | 01/06/11 | J | C | |
| 23. | -Pepsico Inc | A | Dividend | K | T | | | | | |
| 24. | -Air Products & Chem | A | Dividend | K | T | | | | | |
| 25. | -Intel Corp | A | Dividend | K | T | | | | | |
| 26. | -Ishares TR Russell Midcap Growth | A | Dividend | | | Sold | 07/01/11 | L | E | |
| 27. | -Ishares TR dow jones u s healthcare | A | Dividend | | | Sold | 07/01/11 | K | D | |
| 28. | -Microsoft Corp | A | Dividend | K | T | Sold | 05/20/11 | J | A | |
| 29. | | | | | | Buy | 06/01/11 | J | | Transfer from Smith Barney |
| 30. | -Nike Inc Class B | A | Dividend | K | T | | | | | |
| 31. | -United Technologies Corp | A | Dividend | K | T | | | | | |
| 32. | -Waste Management Inc | A | Dividend | J | T | | | | | |
| 33. | -Waters Corp | | None | J | T | | | | | |
| 34. | -Mathews Asian Growth & Income | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Conocophillips | A | Dividend | K | T | | | | | |
| 36. -Darden restaurants | A | Dividend | J | T | | | | | |
| 37. -Medtronic Inc | A | Dividend | K | T | Sold | 01/04/11 | K | A | |
| 38. | | | | | Buy | 06/01/11 | K | | Transfer from Smith Barney |
| 39. -Select Sector Healthcare | A | Dividend | K | T | Buy | 07/13/11 | K | | |
| 40. -Sector Consumer | A | Dividend | K | T | Buy | 07/13/11 | K | | |
| 41. -Sector Industrial | A | Dividend | J | T | Buy | 07/13/11 | J | | |
| 42. -Sector Energy | A | Dividend | | | Buy | 07/13/11 | J | | |
| 43. | | | | | Sold | 09/23/11 | J | A | |
| 44. Deferred Compensation - Wells Fargo Bank Tr | A | Dividend | L | T | | | | | |
| 45. Whitten-James Real Estate, LLC | F | Rent | P1 | W | | | | | |
| 46. | D | Royalty | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **James, Robert G.** | 04/26/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, page 3, line 1 - For reporting person and ▨ to visit Mr. Davison's vacation home in Mexico including lodging, some meals and some transportation while in Mexico.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert G. James**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544